157 A.3d 832

RICHARD KAPLAN, PLAINTIFF-PETITIONER,
v. JAMES CAHILL, DEFENDANT.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004610–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied; and it is further

ORDERED that the notice of appeal is dismissed.